UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMAURYS FERRIERA,
    Plaintiff,
v.
UNITED STATES OF AMERICA,

    Defendant(s).
_____/

## DECLARATION OF AMAURYS FERREIRA

Amaurys Ferreira hereby declares:

1. I am currently incarcerated at the Federal Correctional Complex in Coleman, Florida serving a sentence imposed by the U.S. District Court for the Southern District of Florida.

2. On July 23, 2014 while driving northbound, I saw flashing emergency lights in my rearview mirror, thereafter immediately pulling over to the shoulder of the road.

3. After stopping, police officers approached my vehicles with guns raised and pointed directly at me. Thereafter, I was instructed at gun point to put my hands up and get out of the vehicle which I immediately complied with.

4. Then I was instructed to lay down on my stomach with my hands on the ground in front of me, on the driver's side in the middle of the Florida Turnpike. The incident was recorded by aerial and video surveillance.

5. The officers initiating the stop upon information and belief were involved were Task Force Officers ("TFO") that included by not limited to FNU Vrchota (Sgt), Agent Keith Stokes, and Agent Aaron Silver. Thereafter other TFO agents upon information and belief with the North Miami Police Department which included Agents Pete Perez, Eric Davis, Jorge Nunez, Carlos Castillo and others arrived at the scene. Upon information and belief, the Agents from the DEA included Thomas Ballew, Michael Beumi, Rodney Hollingshead, and Robert Abbott. From the ATF, upon information and belief involved supervisory agent Jamie VanVliet, TFO Peter Chong-Yen, Richard Silva, Troy Raines, Javiar Ribas and Pat Higgins. Any references to "officers" or "agents" means each individuals in an individual capacity or collectively agents of agency acting as Task Force Officers under the United States government. See Exhibit 1 - <u>DEA Report of Investigation.</u>

6. While laying on the hot pavement of the Florida Turnpike, on my stomach, I was assaulted by the officers and agents identified in ¶5 as well as others unknown to me. Upon information and belief, the aerial surveillance and video recordings will show agents putting their knee on my head, sideways on the right side of my face while scratching it on the hot road causing bloody cuts. See <u>Exhibit 2, 3, 4</u> demonstrates the facial cuts.

1

7.   Other agents put pressure on my back, while twisting my arm very aggressively in a backwards direction. In order to play for the camera's and justify the assault, battery and use of excess force, the agents kept repeating "stop resisting." At no point in time did I resist. I was laying there handcuffed without the use of my strength.

8.   Agents then kicked me in the back and another pulled my arm until it broke my right side tricep while others watched the assault and use of force without intervening. After my arm broke, I yelled with pain, I'm not resisting." There was no need for the use of force or even excessive force.

9.   While already in handcuffs and detained by the agents, I heard one of the agents state, "shoot him, shoot him, don't leave him alive." Another one of the agents stated "stop resisting." As I continued to lay on the payment in pain, another agent punched me in the face and stated, "shut the fuck up!." See Exhibit 2,3,4.

10.   Thereafter I was hoisted off the ground by the handcuff and arm. The handcuffs were put on so tight that they cut into my skin. I told the agents that my right arm was broken and my left shoulder was torn from pulling too hard. I knew this based on my experience as a personal trainer.

11.   When the agents attempted to remove the cuffs that was cutting into my skin, they could not. I was then not taken to a hospital or an ambulance called, rather I was taken to the Palm Beach County Sheriff's Office where Fire Rescue had to be called to come and cut open the handcuff. I repeatedly asked for medical attention and was denied.

12.   Thereafter despite the injuries that the agents were made aware of no effort was made to afford me any kind of medical care.

13.   Thereafter I was transported to the Palm Beach County Jail where I continued to request medical care, an MRI to ascertain the damage caused by the agents, but the jail denied me an MRI and the medical care necessary to resolve the medical problem. As a result when I was able to get an MRI on 10/15/2017 I learned of the damages of a ruptured tendon with a 3.5mm retraction in muscle mass.

14.   As a result of the assault and excessive force used, the severity of the injury was unknown. According to the medical diagnosis surgery will be needed to attempt to correct the issue, however the outcome is unknown. See Exhibit 5 - <u>Onrad MRI Study</u> demonstrating the discovery of a "rupture" of ... triceps tendon with a 2.2cm retraction."

15.   As demonstrated by Exhibit 6, <u>Seven Corners,</u> the BOP contractor, recommended "surgical intervention in the soonest possible time as delaying surgery can affect his outcome."

16.   I continue to suffer in pain and agony each day as a result of the assault and excessive force used by the agents that ruptured my triceps. I have not yet received surgery for the injuries and the outcome of the surgery will more than likely not make me whole again.

17. I continue to file administrative remedies seeking to have the surgery done by the BOP. That process has become cumbersome and tedious. Despite the surgical recommendation, the BOP has not scheduled me for surgery and my condition continues to deteriorate on a daily basis as a result of the assault that took place.

I declare the foregoing to be true and correct to the best of my knowlege and belief under penalty of perjury.

_____
Amaurys Ferreira